**Ex parte David Ray HARRIS,
Applicant.**

**No. 20983–06.**

Court of Criminal Appeals of Texas.

June 30, 2004.

Solace Kirkland Southwick, Houston, for appellant.

Tom Maness, DA, Beaumont, Matthew Paul, State's Attorney, Austin, for State.

MEYERS, J., filed a dissenting statement.

I disagree with the majority's decision to dismiss this case as an abuse of the writ. Because this claim was not available at the time of applicant's first writ, I feel that this application meets the requirements of Texas Code of Criminal Procedure Article 11.071 section 5. In light of the Supreme Court's recent decision in *Tennard v. Dretke,* 542 U.S. ——, 124 S.Ct. 2562, —— L.Ed.2d —— (2004), there is evidence that the Court may now consider issues beyond the traditional *Penry*-type issues to be mitigating. The Court also rejected the nexus requirement, which was the reason applicant's previous claim failed. However, as a matter of law, I don't believe that the Supreme Court would have extended relief to an issue such as alcoholism at the time this case was tried. Additionally, I agree with the 5th Circuit determination that the issue of applicant's alcoholism was sufficiently covered by the two special issues presented at his trial. As such, I would deny relief rather than dismiss this application as an abuse of the writ.